# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2105 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 95 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 85270 |
| MARK DAVID JOHNS, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 2, 2014; it is hereby

ORDERED that Mark David Johns is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.